1 **DAVID M.C. PETERSON**
California Bar No. Pending
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:   (619) 234-8467
4 Facsimile:   (619) 687-2666
David_Peterson@fd.org

6 Attorneys for Mr. Ruiz-Pinela

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8020 |
| 12              Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| 13 v. | ) | |
| 14 GERARDO RUIZ-PINELA, | ) | |
| 15              Defendant. | ) | |

17     Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                         Respectfully submitted,

22 Dated:  January 17, 2008            */s/ DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 17, 2008                    /s/ *DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            David_Peterson@fd.org (email)