## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )       CRIMINAL NO. _O8mJ 8020_
                               )
                               )       ORDER
     vs.                       )
                               )       RELEASING MATERIAL WITNESS
Gerardo Pineda-Ruiz           )
                               )       Booking No.
            Defendant(s)       )
_____)

On order of the United States District/Magistrate Judge,      **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court).

Juan Carlos DeLa Cruz - Beltran
058502 98

DATED: __1/29/08__

**PETER C. LEWIS**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
               Deputy Clerk